IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 16-00154-CG |
| | ) | |
| CHRISTOPHER TURO, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

This matter is before the Court on the United States' Motion for Final Order of Forfeiture. (Doc. 51).

On January 6, 2017, the Court entered a Preliminary Order of Forfeiture (Doc. 33), in which it ordered the property described below forfeited to the United States for disposition according to law as set forth therein, subject to notice requirements and the filing and adjudication of any third party petitions asserting an interest in the property ordered forfeited.

The United States published notice in accordance with the applicable rules as set forth in its motion, and the deadline for anyone who received such notice has expired.

Pursuant to 21 U.S.C. § 853(n), any third parties asserting a legal interest in the below-listed forfeiture property were entitled to a judicial determination of the validity of the legal claims or interests they asserted. No third parties asserted their interest in the time required.

The United States has met all statutory requirements for the forfeiture of the below-described property.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, is it **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

Pursuant to Title 18 U.S.C. § 2253, the below-listed property is forfeited to the United States for disposition according to law:

**(a) The defendant's black LG G3 cell phone, model LG-D850, serial number: 408KPHG251273.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the above described property is hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law; and,

**IT IS FURTHER ORDERED** that the United States Marshals Service take the above-described property into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America has clear title to the above-described property that is the subject of this Order and may warrant good title to any subsequent purchaser or transferee; and,

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Crim. P.32.2(b)(4)(A), the Preliminary Order of Forfeiture became final as to the defendant at the time of sentencing and was made a part of the sentence and included in the judgment upon timely request by the Government (Doc. 49 at 6);

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a digital certified copy of this Order to Assistant United States Attorney Maria E. Murphy.

**DONE and ORDERED** this 5th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE